Nisan Zaghi, NY Bar # 5711072
Admitted Pro Hac Vice
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
E: kevin@kevinhernandezlaw.com

Attorneys for Plaintiff
J'diyah Anwar Abdullah-Hasan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| J'DIYAH ANWAR ABDULLAH-HASAN, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | Case No.: 2:26-cv-00226-JCM-NJK <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff J'Diyah Anwar Abdullah-Hasan and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian. There are no remaining defendants in this matter. Plaintiff and

1

Defendant Experian have agreed that each party is to bear its own fees and costs

Dated: April 10, 2026

/s/ Nisan Zaghi
Nisan Zaghi, NY Bar # 5711072
Admitted Pro Hac Vice
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
E: kevin@kevinhernandezlaw.com

Attorneys for Plaintiff
J'diyah Anwar Abdullah-Hasan

/s/ Nicolas S. Aalberg
Nicolas S. Aalberg
Admitted Pro Hac Vice
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota 55402
Telephone: +1.612.217.8835
Facsimile: +1.844.345.3178
naalberg@jonesday.com

Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive,
Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
spope@swlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc

DATED April 15, 2026

_____
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Maria Kaminsky*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| J'DIYAH ANWAR ABDULLAH-HASAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | **Case No**.: 2:26-cv-00226-JCM-NJK<br><br><br>**PROPOSED ORDER   RANTIN STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. and good cause appearing,

**IT IS ORDERED** that the Stipulation is   **RANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc. Plaintiff and Defendant Experian Information Solutions Inc. have agreed that each party is to bear its own fees and costs

**IT IS SO ORDERED**


Dated: _____

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUD  E

1